IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

TRUDIE DIANE LEMON,

        Defendant.

4:14CR3067

**ORDER**

IT IS ORDERED:

1)    The defendant shall be released to reside at Stephen's Center, Omaha, Nebraska and participate in that facility's substance abuse treatment program. The defendant shall fully comply with all conditions of release as set forth in the court's prior release order, the requirements of defendant's treatment plan, and all rules of the Stephen's Center facility. If the defendant is discharged from the facility for any reason whatsoever, or leaves the premises of the facility without authorization, the United States Marshal, and/or any law enforcement officer is ordered to take the defendant into custody and detain the defendant pending a prompt hearing before the court.

2)    By no later than 11:30 a.m. on August 11, 2014, the Marshal shall release the defendant from the Saline County Jail to a representative of the Federal Public Defenders Office for transport to Stephen's Center.

August 8, 2014.

                                  BY THE COURT:

                                  *s/ Cheryl R. Zwart*
                                  United States Magistrate Judge